**Motion Granted in Part; Abatement Order filed July 11, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00475-CV
_____

**COMERICA BANK SUCCESSOR TO STERLING BANK, Appellant**

**V.**

**RICHARD C. FORD, JR., Appellee**

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 875616**

## ABATEMENT ORDER

On July 9, 2019, appellant notified this court that the parties had reached an agreement to settle the issues on appeal, and requested a 75-day extension of time to file its brief. The motion is granted in part. We issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until October 1, 2019. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or

other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.


PER CURIAM